### Before the Second Division, June 27, 1966

**No. P66/123.**—D.P. Harris Hardware & Manufacturing Co., Inc., et al. *v.* United States, protests 60/23618, etc. (Los Angeles).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of horns similar

in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.